HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
YONGMING WAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>YONGMING WAN,<br><br>　　　　　　Defendant. | Case No.   17-po-00570-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  April 30, 2018<br>Time:  10:00 a.m.<br>Judge:  Hon. Edmund F. Brennan |

　　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ERIC CHANG, Assistant Federal Defender LINDA C. ALLISON attorney for YONGMING WAN, that the Court vacate the status conference scheduled for April 30, 2018, at 10:00 a.m. be continued to May 7, 2018, at 10:00 a.m.

　　　　Defense counsel and the Government requires additional time to continue investigating the facts of the case, review discovery and negotiate a resolution to the matter.

/ / /

/ / /

/ / /

/ / /

1

Dated:   April 5, 2018                                Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender


                                                      /s/ Linda C. Allison
                                                      LINDA C. ALLISON
                                                      Assistant Federal Defender
                                                      Attorneys for Defendant
                                                      YONGMING WAN

Dated: April 5, 2018

                                                      MCGREGOR W. SCOTT
                                                      United States Attorney

                                                      /s/  Eric Chang
                                                      ERIC CHANG
                                                      Special Assistant United States Attorney



## **ORDER**

IT IS HEREBY ORDERED that the April 30, 2018 status conference be continued to May 7, 2018, at 10:00 a.m.

Dated: April 10, 2018

                                                      HON. EDMUND F. BRENNAN
                                                      United States Magistrate Judge