IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>YONGMING WAN,<br><br>　　　　　　　Defendant. | CASE NO. 2:17-PO-00570-EFB<br><br>[~~PROPOSED~~] ORDER TO DISMISS AND VACATE COURT TRIAL |

## ORDER

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number, 2:17-po-00570-EFB United States v. Yongming Wan, without prejudice is GRANTED.

It is further ordered that the court trial set for July 17, 2018 at 10:00 a.m. is vacated.

IT IS SO ORDERED is 9th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　THE HONORABLE EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order